UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARJORIE SOLLANO POVADORA,<br><br>Plaintiff,<br><br>v.<br><br>BRANT ALLAN JENSEN,<br><br>Defendant. | CASE NO. 24-cv-05249<br><br>ORDER |

Plaintiff Marjorie Sollano Povadora filed a notice of settlement on May 23, 2024, stating the parties had "entered into a settlement agreement that fully resolves this dispute." Dkt. No. 9. The parties do not request immediate dismissal, however, stating instead that a stipulated dismissal will be filed by September 4, 2024. As such, the parties must file a stipulated dismissal under Fed. R. Civ. P. 41, without requesting action by this Court, or provide the Court with a joint status report regarding their progress in perfecting settlement, by September 4, 2024.

It is so ORDERD.

**ORDER** - 1

1 | Dated this 28th day of May, 2024.

_____
Jamal N. Whitehead
United States District Judge

**ORDER** - 2